**FILED**

FEB 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-00723-1 DLJ |
| ) | |
| James W. James ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____March 2, 2007, at 10:00 a.m.____ be continued until ____April 6, 2007,____ at ____10:00 a.m.____.

Date: 2-20-07

D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04