JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney

JOANN M. SWANSON (SBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7161
  Facsimile:  (415) 436-7169
  stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-06-00723-001 DLJ |
|     Plaintiff, | |
|     v. | |
| JAMES W.  JAMES, | **ORDER DIRECTING HERITAGE AUCTION GALLERIES TO HOLD PROCEEDS OF COIN SALE PENDING FURTHER ORDER OF COURT** |
|     Defendant. | |
| HERITAGE AUCTION GALLERIES, | |
|     Garnishee. | |

      The court held a status conference in this matter on May 22, 2008.  Xuan T. James and James W. James appeared for themselves.  Stephen L. Johnson appeared for the United States.

      Good cause appearing, the Court ORDERS that garnishee Heritage Auction Galleries hold the proceeds of the sale of valuable coins on behalf of Xuan T. James and/or James W.

ORDER DIRECTING HERITAGE AUCTION GALLERIES
TO HOLD PROCEEDS OF COIN SALE
PENDING FURTHER ORDER OF COURT
CR-06-00723-001 DLJ

-1-

1 | James in the amount of $24,412.50, pending further order of this Court.

2 | **IT IS SO ORDERED.**

4 | DATED: May 23, 2008

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT COURT

28 | ORDER DIRECTING HERITAGE AUCTION GALLERIES
TO HOLD PROCEEDS OF COIN SALE
PENDING FURTHER ORDER OF COURT
CR-06-00723-001 DLJ

-2-