JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney

JOANN M. SWANSON (SBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone: (415) 436-7161
Facsimile:  (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-06-00723-001 DLJ |
| Plaintiff, | **ORDER APPROVING** |
| v. | **STIPULATION REGARDING FUNDS HELD BY GARNISHEE HERITAGE** |
| JAMES W. JAMES, | **AUCTION GALLERIES AND PAYMENT AGREEMENT BY** |
| Defendant. | **DEFENDANT JAMES W. JAMES** |
| HERITAGE AUCTION GALLERIES, | |
| Garnishee. | |

The court having considered the Stipulation Regarding Funds Held by Garnishee Heritage Auction Galleries and Payment Agreement by Defendant James W. James, and good cause appearing, hereby approves the stipulation.

IT IS SO ORDERED.

Dated: June 2, 2008

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER APPROVING STIPULATION
CR-06-00723 DLJ